0005-33-EPIP33-00089921-116383

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

IN RE:

LOURIVAL BRANDAO LEAL

Debtor(s)

Chapter 13.
Case No.
10-20910-MSH

## TRUSTEE'S REPORT AND ACCOUNT AND NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed the attached Report and Account with the Court.  Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service.  In the absence of a timely objection, the Court may approve the Report and Account without a hearing.

**Carolyn A. Bankowski**
**Chapter 13 Trustee**


By:  /s/ Carolyn A. Bankowski

Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
**(617) 723-1313**


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.


**Dated : January 15, 2016**                                             /s/ Carolyn A. Bankowski
                                                                                     Carolyn A. Bankowski, Esq

# United States Bankruptcy Court
For The
Dist of Massachusetts, Boston Div

LOURIVAL BRANDAO LEAL
215 GROVE ST
WALTHAM, MA 02453

Case No.: 10-20910-MSH
SS #1: XXX-XX-3860

## TRUSTEE REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 10 | 05 | 10 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 11 | 01 | 10 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 12 | 23 | 15 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 39,900.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE BANK N.A. | 001 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | 002 | Unsecured | 5,223.89 | 126.79 | 0.00 | 5,097.10 |
| PORTFOLIO RECOVERY ASSOCI | 003 | Unsecured | 3,309.82 | 80.34 | 0.00 | 3,229.48 |
| INTERNAL REVENUE SERVICE | 004 | Priority | 2,324.93 | 2,324.93 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 004 | Unsecured | 45.34 | 1.10 | 0.00 | 44.24 |
| ASSET ACCEPTANCE LLC | 005 | Unsecured | 3,311.27 | 80.37 | 0.00 | 3,230.90 |
| ASSET ACCEPTANCE LLC | 006 | Unsecured | 1,060.32 | 25.74 | 0.00 | 1,034.58 |
| ASSET ACCEPTANCE LLC | 007 | Unsecured | 3,115.94 | 75.63 | 0.00 | 3,040.31 |
| VION HOLDINGS, LLC | 008 | Unsecured | 5,154.09 | 125.10 | 0.00 | 5,028.99 |
| PORTFOLIO RECOVERY ASSOCI | 009 | Unsecured | 1,115.00 | 27.06 | 0.00 | 1,087.94 |
| CHASE HOME EQUITY | 010 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | 011 | Ignore | 29,811.40 | 29,811.40 | 0.00 | 0.00 |
| NCO PORTFOLIO MANAGMENT | 012 | Unsecured | 1,818.43 | 44.14 | 0.00 | 1,774.29 |
| ZENITH AQUISITION CORP | 013 | Unsecured | 952.00 | 23.11 | 0.00 | 928.89 |
| PRA RECEIVABLES MGT., LLC | 014 | Unsecured | 965.55 | 23.44 | 0.00 | 942.11 |
| MIDLAND FUNDING LLC | 015 | Unsecured | 229.51 | 5.57 | 0.00 | 223.94 |
| CHASE HOME FINANCE | 016 | Unsecured | 119,223.00 | 2,893.75 | 0.00 | 116,329.25 |
| CHASE HOME FINANCE | 017 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA N.A. | 018 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CAMBRIDGE HEALTH ALLIANCE | 019 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE BANK USA NA | 020 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK/SEARS | 021 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| GE MONEY BANK | 022 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC BEST BUY | 023 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| MIDLAND CREDIT MNGMT | 024 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| RBSNB | 025 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| RBS CARD SERVICES | 026 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO FINANCIAL | 027 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
Dist of Massachusetts, Boston Div

LOURIVAL BRANDAO LEAL  
215 GROVE ST  
WALTHAM, MA 02453

Case No.: 10-20910-MSH  
SS #1: XXX-XX-3860

## TRUSTEE REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 10 | 05 | 10 |
| The Plan was confirmed on | 11 | 01 | 10 |
| The Case was concluded on | 12 | 23 | 15 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 39,900.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| LOURIVAL BRANDAO LEAL | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 29,811.40 | 2,324.93 | 145,524.16 | 0.00 | 0.00 | 177,660.49 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 29,811.40 | 2,324.93 | 3,532.14 | 0.00 | 0.00 | 35,668.47 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,668.47 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| CARMENELISA PEREZ- KUDZMA | 2,050.00 | 2,050.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 2,181.53 | 0.00 | 0.00 | 2,181.53 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan. **For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

1020910
LOURIVAL BRANDAO LEAL
215 GROVE ST WALTHAM, MA 02453

1020910 9 799
CARMENELISA PEREZ- KUDZMA, ESQ.
PEREZ-KUDZMA LAW OFFICE 413 BOSTON POST RD WESTON, MA 02493

1020910 3 001
JP MORGAN CHASE BANK N.A. AS TRUSTE
STANTON & DAVIS 1000 PLAIN ST., BANKRUPTCY DEPT. MARSHFIELD, MA 02050

1020910 3 002
MIDLAND FUNDING LLC
P.O. BOX 248897 OKLAHOMA CITY, OK 73124-8897

1020910 3 003
PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 41067 NORFOLK, VA 23541

1020910 2 004
INTERNAL REVENUE SERVICE
UNITED STATES TREASURY P.O. BOX 7346 PHILADELPHIA, PA 19101-7346

1020910 3 004
INTERNAL REVENUE SERVICE
UNITED STATES TREASURY P.O. BOX 7346 PHILADELPHIA, PA 19101-7346

1020910 3 005
ASSET ACCEPTANCE LLC
P.O. BOX 2036 WARREN, MI 48090

1020910 3 006
ASSET ACCEPTANCE LLC
P.O. BOX 2036 WARREN, MI 48090

1020910 3 007
ASSET ACCEPTANCE LLC
P.O. BOX 2036 WARREN, MI 48090

1020910 3 008
VION HOLDINGS, LLC
C/O CREDITORS BANKRUPTCY SERVICE P.O. BOX 740933 DALLAS, TX 75374

1020910 3 009
PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 41067 NORFOLK, VA 23541

1020910 1 010
CHASE HOME EQUITY
3415 VISION DRIVE COLUMBUS, OH 43219

1020910 1 011
CHASE HOME FINANCE LLC
3415 VISION DRIVE MS: OH4-7133 COLUMBUS, OH 43219

1020910 3 012
NCO PORTFOLIO MANAGMENT
C/O BECKET AND LEE, LLP P.O. BOX 3001 MALVERN, PA 19355-0701

1020910 3 013
ZENITH AQUISITION CORP
P.O. BOX 9001 WILLIAMSVILLE, NY 14231-9001

1020910 3 014
PRA RECEIVABLES MGT., LLC
P.O. BOX 12907 NORFOLK, VA 23541

1020910 3 015
MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT ATTN: DEPARTMENT 1, PO BOX 4457 HOUSTON, TX 77210-4457

1020910 3 016
CHASE HOME FINANCE
P.O. BOX 24696 COLUMBUS, OH 43224