0005-33-EPIM33-00090206-116404

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In re: LOURIVAL BRANDAO LEAL                                Case No.: 10-20910-MSH

Debtor(s)                                                    Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: CHASE HOME FINANCE LLC

Trustee Claim No.: 011

Last four (4) digits of any number used to identify the Debtor's account: 5050

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage: $29,811.40

    Amount Paid by Trustee: $29,811.40

Monthly Ongoing Mortgage Payment is Paid:

    ____ Through the Chapter 13 Trustee conduit      _X_ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: 01/25/2016                      Respectfully submitted:

                                                   /s/ Carolyn A. Bankowski
                                                   Chapter 13 Trustee

# United States Bankruptcy Court
## DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In Re:  
LOURIVAL BRANDAO LEAL

CASE NO: 10-20910-MSH

Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

CARMENELISA PEREZ- KUDZMA, ESQ.  
PEREZ-KUDZMA LAW OFFICE 413 BOSTON POST RD WESTON, MA 02493

LOURIVAL BRANDAO LEAL  
215 GROVE ST WALTHAM, MA 02453

CHASE HOME FINANCE LLC  
3415 VISION DRIVE MS: OH4-7302 COLUMBUS, OH 43219

Dated: 01/25/2016

/s/ Carolyn A. Bankowski  
Chapter 13 Trustee